| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Nordberg, John A | 2. Court or Organization<br><br>Northern District of Illinois | 3. Date of Report<br><br>07/19/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Chambers 1886<br>219 South Dearborn Street<br>Chicago, Illinois 60604-1706 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee - non-paid | John P. Nordberg Testamentary Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUL 24 A 11: 08 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 07/19/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 07/19/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Nordberg, John A | 07/19/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mylan Labs, Inc. C.S. | A | Dividend | L | T | | | | | |
| 2. Valspar Corp. C.S. | D | Dividend | N | T | | | | | |
| 3. Sprint Nextel Corp. C.S. | B | Dividend | M | T | buy | 12/31 | J | | Div. Reinvestment |
| 4. Waste Management C.S. | A | Dividend | J | T | | | | | |
| 5. Dreyfus W.W.D.M.M.F. | A | Dividend | J | T | buy | 12/31 | J | | Div. Reinvestment |
| 6. Fidelity Select Health M.F. | A | Dividend | L | T | buy | 12/31 | J | | Div. Reinvestment |
| 7. Nicholas M.F. | A | Distribution | J | T | buy | 12/31 | J | | Distr. Reinvestment |
| 8. Nicholas II M.F. | A | Distribution | L | T | buy | 12/31 | J | | Distr. Reinvestment |
| 9. Nicholas Ltd. M.F. | A | Distribution | J | T | buy | 12/31 | J | | Distr. Reinvestment |
| 10. T.R. Price Int'l Disc. M.F. | A | Distribution | K | T | buy | 12/31 | J | | Distr. Reinvestment |
| 11. T.R. Price Int'l Stk. M.F. | A | Distribution | K | T | buy | 12/31 | J | | Distr. Revinestment |
| 12. T.R. Price Sci-Tech. M.F. | | None | K | T | | | | | |
| 13. Columbia Mid-Cap Growth F. | D | Distribution | M | T | buy | 12/31 | J | | Distr. Reinvestment |
| 14. American Century Ultra M.F. | E | Distribution | O | T | buy | 12/31 | K | | Distr. Reinvestment |
| 15. Fidelity Div. Growth M.F. IRA | A | Distribution | N | T | Partial Sell | 12/31 | K | | Redemption MRD |
| 16. Air Prod. & Chem. C.S. | A | Dividend | K | T | buy | 12/31 | J | | Div. Reinvestment |
| 17. Illinois Judges' Retir. Pension | E | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 07/19/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AIM Health Sciens F. | B | Distribution | J | T | buy | 12/31 | J | | Distr. Reinvestment |
| 19. U.S. Bancorp C.S. | B | Dividend | K | T | buy | 12/31 | J | | Div. Reinvestment |
| 20. Wells Fargo Common Stk. F. | E | Distribution | L | T | buy | 12/31 | J | | Distr. Reinvestment |
| 21. Gabelli Global Telecomm. F. | A | Distribution | K | T | buy | 12/31 | J | | Distr. Reinvestment |
| 22. Alltel C.S. | A | Dividend | K | T | | | | | |
| 23. Amcore Financial C.S. | | None | | | sell | 4/13 | J | B | Odd Lot Offer Sale |
| 24. Trust - See VIII | | | | | | | | | |
| 25. ComCast Corp. New Class A C.S. | | None | J | T | | | | | |
| 26. Wells Fargo Corp. C.S. | A | Dividend | K | T | | | | | |
| 27. Pfizer Corp. C.S. | A | Dividend | K | T | | | | | |
| 28. Charles Schwab M.M.F. | A | Interest | J | T | | | | | |
| 29. Janus Overseas M.F. | A | Dividend | K | T | | | | | |
| 30. Paychex C.S. | A | Dividend | K | T | | | | | |
| 31. First Data Corp. | A | Dividend | J | T | | | | | |
| 32. General Dynamics | A | Dividend | K | T | | | | | |
| 33. AT&T Corp. | B | Dividend | L | T | buy | 3/13 | J | | N.Y.S.E. |
| 34. Embarq C.S. | A | Dividend | J | T | spin-off | 12/31 | J | D | N.Y.S.E. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R=Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 07/19/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Windstream C.S. | A | Dividend | J | T | spin-off | 12/31 | J | D | N.Y.S.E. |
| 36.   Spousal Investments | | | | | | | | | |
| 37.   Sprint Nextel Corp. | A | Dividend | L | T | buy | 10/02 | J | | dividend reinvestment |
| 38.   Charles Schwab M.M.F. | A | Interest | J | T | | | | | |
| 39.   Chase Bank Checking | A | Interest | J | T | | | | | |
| 40.   Evergreen M.M. Trust | A | Dividend | J | T | buy | 12/31 | J | | dividend reinvestment |
| 41.   Fidelity Div. Growth IRA | C | Distribution | L | T | Part. Redemp | 12/31 | J | | Min. MRD requirement |
| 42.   Johnson & Johnson C.S. | B | Dividend | M | T | | | | | |
| 43.   M&I Bank Baird M.M.F. | A | Interest | J | T | | | | | |
| 44.   Columbia Acorn Int'l F. | A | Dividend | K | T | | | | | |
| 45.   John Hancock Fin. Trends F | A | Distribution | J | T | | | | | |
| 46.   Kilroy Realty C.S. | A | Dividend | J | T | buy | 12/31 | J | | div. reinvestment |
| 47.   DeVry Inc. C.S. | | None | J | T | | | | | |
| 48.   Alltel C.S. | A | Dividend | L | T | | | | | |
| 49.   M.G.I.C. C.S. | A | Dividend | K | T | buy | 12/31 | J | | div. reinvestment |
| 50.   Wells Fargo C.S. | B | Dividend | L | T | buy | 12/31 | J | | div. revinvestment |
| 51.   Gabelli Global Telecom M.F. | A | Distribution | J | T | buy | 12/31 | J | | distribution |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 07/19/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | reinvestment |
| 52. Nicholas F. | B | Distribution | M | T | buy | 12/31 | J | | distribution reinvestment |
| 53. Wells Fargo C.S.F. | C | Distribution | L | T | buy | 12/31 | J | | distribution reinvestment |
| 54. AT&T | A | Dividend | K | T | buy | 12/31 | J | | dividend reinvestment |
| 55. Berkshire Hathaway Cl. B. | | None | J | T | | | | | |
| 56. Washington Mutual C.S. | A | Dividend | J | T | sell | 4/18 | J | | NYSE |
| 57. Marathon Oil Corp. C.S. | A | Dividend | | | sell | 8/31 | J | | NYSE |
| 58. Chevron Corp. C.S. | A | Dividend | J | T | | | | | |
| 59. Nokia Corp. SPONS ADR | A | Dividend | J | T | | | | | |
| 60. Northern Trust C.S. | A | Dividend | J | T | | | | | |
| 61. Paychex Inc. C.S. | A | Dividend | J | T | | | | | |
| 62. Atlantic Coast Fed. Co. C.S. | A | Dividend | J | T | | | | | |
| 63. Capital Fed. Finl. C.S. | A | Dividend | J | T | | | | | |
| 64. Charter Fin. Corp. West C.S. | A | Dividend | J | T | | | | | |
| 65. Cheviot Fin. Corp. C.S. | A | Dividend | J | T | | | | | |
| 66. Clifton Svgs Ban Corp. Inc. C.S. | A | Dividend | J | T | | | | | |
| 67. Deluxe Corp. C.S. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 07/19/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. First Fed. Fin. Svcs, Inc. C.S. | A | Dividend | J | T | | | | | |
| 69. Sensient Tech. C.S. | A | Dividend | J | T | | | | | |
| 70. H&R Block, Inc. C.S. | A | Dividend | J | T | | | | | |
| 71. K Fed. Bancorp. C.S. | A | Dividend | J | T | | | | | |
| 72. PSB Holdings Inc. C.S. | A | Dividend | J | T | | | | | |
| 73. Symbol Technol. Inc. C.S. | | None | | | buy | 8/24 | J | | NYSE |
| 74. Symbol Technol. Inc. C.S. | | | | | sell | 9/20 | J | | NYSE |
| 75. P.C. Connection, Inc. C.S. | | | | | buy | 11/7 | J | | NASDAQ |
| 76. P.C. Connection, Inc. C.S. | | | | | sell | 10/9 | J | | NASDAQ |
| 77. Planar Sys. Inc. C.S. | | | | | buy | 10/6 | J | | NASDAQ |
| 78. Planar Sys. Inc. C.S. | | | | | sell | 11/20 | J | | NASDAQ |
| 79. Rydex Inverse R.A. | | | | | buy | 8/24 | J | | AMEX |
| 80. Rydex Inverse R.A. | | | | | sell | 11/20 | J | | AMEX |
| 81. Rydex Inverse S&P 500 A | | | | | buy | 8/24 | J | | AMEX |
| 82. Rydex Inverse S&P 500 A | | | | | sell | 11/20 | J | | AMEX |
| 83. Thornburg Mtg. C.S. | | | | | buy | 3/28 | J | | NYSÉ |
| 84. Thornburg Mtg. C.S. | | | | | sell | 11/29 | J | | NYSE |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 07/19/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85.  Windstream C.S. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 07/19/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#24. Testamentary Trust -- sole assets: cash and partial interest in oil and gas rights in Oklahoma. I am one of the remaining 5 beneificiaries with approximately 1/5 interest in Trust. (A beneficiary died in 2006.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date _July 19, 2007_

NOTE: ANY .................................................................... FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMIN

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544